UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MCGUIRE BEARING COMPANY, on Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., NACHI-FUJIKOSHI CORP., NACHI AMERICA INC., NSK LTD., NSK AMERICAS, INC., SCHAEFFLER AG, SCHAEFFLER GROUP USA INC., AB SKF, SKF USA INC., NTN CORPORATION, AND NTN USA CORPORATION,<br><br>    Defendants. | CASE NO. 2:12-CV-12932<br><br>HON. MARIANNE O. BATTANI |

**PLAINTIFF MCGUIRE BEARING COMPANY'S MOTION TO APPOINT SPECIAL PROCESS SERVER**

Plaintiff McGuire Bearing Company ("McGuire") respectfully moves that this Court appoint APS International, Ltd. ("APS") as a special process server for the purpose of serving German defendant Schaeffler AG in Germany with the complaint and summons under the auspices of the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters, 20 U.S.T. 361, T.I.A.S. No. 6638, 658 U.N.T.S. 163, reprinted in 28 U.S.C.A. (the "Hague Service Convention"). Plaintiff McGuire seeks such an order because Germany, as a signatory to the Hague Service Convention, requires this Court to designate a process server in order to effectuate service under the terms of the Hague Service Convention.

Accordingly, Plaintiff McGuire respectfully requests the Court to issue the order (attached as Exhibit 1) appointing APS as special process server.

Dated: August 23, 2012 Respectfully submitted,

/s/ Brent W. Johnson
Brent W. Johnson
Kit A. Pierson
Meghan M. Boone
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., NW
Suite 500 West
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com
mboone@cohenmilstein.com

M. John Dominguez
Cohen Milstein Sellers & Toll PLLC
3507 Kyoto Gardens Drive
Suite 200
Palm Beach Gardens, FL 33410
Tel: 561-578-6850
jdominguez@cohenmilstein.com

Solomon B. Cera
Gold Bennett Cera & Sidener LLP
595 Market Street
Suite 2300
San Francisco, CA 94105
Tel: 415-777-2230
Fax: 415-777-5189
scera@gbcslaw.com

Charlotte Croson
Bogas, Koncius & Croson P.C.
31700 Telegraph Road
Suite 160
Bingham Farms, MI 48025
Tel: 248-502-5000
Fax: 248-502-5001
ccroson@kbogaslaw.com

*Counsel for Plaintiff McGuire Bearing Company and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2012 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              /s/ Brent W. Johnson
                                              Cohen Milstein Sellers & Toll PLLC
                                              1100 New York Ave., NW
                                              Suite 500 West
                                              Washington, DC 20005
                                              Tel: 202-408-4600
                                              Fax: 202-408-4699
                                              bjohnson@cohenmilstein.com